IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA HARDY,<br><br>         Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>         Defendant.<br>_____/ | No. C 05-01676 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 23, 2005</u>.

DESIGNATION OF EXPERTS: <u>12/5/05</u>; REBUTTAL: <u>n/a</u>.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 23, 2005</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 13, 2006</u>;

     Opp. Due <u>January 27, 2006</u>;  Reply Due <u>February 3, 2006</u>;

     and set for hearing no later than <u>February 17, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 28, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>April 10, 2006</u> at <u>8:30 AM.</u>,
     Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur during the 1st 1/2 of March 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/28/05

                                                            _____
                                                            SUSAN ILLSTON
                                                            United States District Judge